■ JOY REDEYE, Respondent, v JAMES C. JONES, Appellant.

—Motion to vacate dismissal of appeal denied. Memorandum: Where, as here, the filiation proceeding seeks support, the filiation order, which contains no provision for support, is not an order of disposition and is not appealable without permission *(Matter of Jane PP. v Paul QQ.*, 64 NY2d 15). Present— Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.